# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, | Case No. 1:16-cv-00033-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE PETITIONER'S MOST CURRENT ADDRESS |
| v. | |
| TIM PEREZ, | |
| Respondent. | |

Petitioner Daniel Cervantes is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that challenges his 2012 Kern County Superior Court residential burglary and receiving stolen property convictions for which Petitioner was sentenced to an eight-year imprisonment term. (ECF No. 1).

On May 16, 2018, the Court issued an order of reassignment and served the order on Petitioner. (ECF No. 15). On May 24, 2018, the order of reassignment was returned to the Court as undeliverable with a notation of "discharged." A search of the California Department of Corrections and Rehabilitation inmate locator using Petitioner's inmate number produces a result of "No records found matching that criteria." See State of California Inmate Locator, http://inmatelocator.cdcr.ca.gov/search.aspx (search by "Inmate Number" for "AN2427") (last visited May 19, 2018).

///

1    The Court recognizes that it is Petitioner's responsibility to keep the Court apprised of his
2 current address at all times. See Local Rule 183(b). However, in the interest of justice and in an
3 abundance of caution, IT IS HEREBY ORDERED that Respondent shall file with the Court the
4 most current address he has on file for Petitioner.

IT IS SO ORDERED.

Dated:   **May 30, 2018**             /s/ Erin P. Gro[?]
                                    UNITED STATES MAGISTRATE JUDGE