# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIM PEREZ,<br><br>　　　　　Respondent. | Case No. 1:16-cv-00033-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE CHANGE OF ADDRESS |

　　　　Petitioner Daniel Cervantes is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that challenges his 2012 Kern County Superior Court residential burglary and receiving stolen property convictions for which Petitioner was sentenced to an eight-year imprisonment term. (ECF No. 1).

　　　　On May 16, 2018, the Court issued an order of reassignment and served the order on Petitioner. (ECF No. 15). On May 24, 2018, the order of reassignment was returned to the Court as undeliverable with a notation of "discharged." On May 30, 2018, the Court ordered Respondent to file with the Court the most current address he has on file for Petitioner. (ECF No. 16). On June 19, 2018, Respondent filed an address that was located in the state parole office's files. However, Petitioner has been discharged from parole, and Respondent cannot be sure the address on file is correct. (ECF No. 17).

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to send a copy of this order and a change of address form to the following address:

   > 6318 Madan Street
   > Bakersfield, CA 93307

2. If Petitioner intends to continue to prosecute his habeas petition, Petitioner shall file his updated address with the Court within THIRTY (30) days of the date of service of this order.

Petitioner is forewarned that failure to follow this order may result in dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b) (a petitioner's failure to prosecute or to comply with a court order may result in a dismissal of the action).

IT IS SO ORDERED.

Dated: **June 20, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE